**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| JUAN CARLOS SANDOVAL GUEVARA, | : | Case No. 1:26-cv-406 |
| | : | |
|    Petitioner, | : | |
| | : | District Judge Susan J. Dlott |
| vs. | : | Chief Magistrate Judge Stephanie K. |
| | : | Bowman |
| CINCINNATI FIELD OFFICE DIRECTOR | : | |
| OF THE ENFORCEMENT AND | : | |
| REMOVAL OPERATIONS, UNITED | : | |
| STATES IMMIGRATION AND | : | |
| CUSTOMS ENFORCEMENT, *et al.*, | : | |
| | | |
|    Respondents. | | |

**ORDER**

Petitioner, Juan Carlos Sandoval Guevara, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.  In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Juan Carlos Sandoval Guevara from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[1]  *See* 28 U.S.C. § 1651(a).  This order should not be construed as an expression of the Court's views on the merits of this matter.  *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to immediately provide a copy of the petition and its accompanying papers, along with a copy of this Order, to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov.  The Clerk is

---

[1]  The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondents.

**further DIRECTED** to promptly note proof of such service on the docket.  Counsel for Respondents shall promptly enter notices of appearance.

It is further **ORDERED** that Respondents shall file a return of writ within **seven (7) days** of the date of service and, if Petitioner elects to file a reply, Petitioner may do so no later than **seven (7) days** after service of the return of writ.

**IT IS SO ORDERED.**

April 28, 2026                                     S/Susan J. Dlott
                                                           SUSAN J. DLOTT
                                                           United States District Judge